UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALLEN BRAINERD,

    Plaintiff,

v.                                                                                Case No. 1:15-cv-872
                                                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: September 27, 2016            /s/ Ray Kent
                                     RAY KENT
                                     United States Magistrate Judge